95-mj-2900.o1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-MJ-2900-BROWN

TRAVIS B. CLARK,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent
_____/

### ORDER RE: MOTION FOR EARLY TERMINATION

**This matter** is before this Court on petitioner's Motion for Early Termination of Supervised Release, filed July 2, 2008. The Court has considered the motion and all pertinent materials in the file.

The Court has determined that defendant is reporting to the Southern District of Georgia. Accordingly, that is where this petition should be filed.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby Ordered and Adjudged that said motion be and the same is hereby **DENIED, without prejudice** to be re-filed in the Southern District of Georgia.

**DONE AND ORDERED** this _11_ day of July, 2008, at Miami, Florida.

                            STEPHEN T. BROWN
                            UNITED STATES MAGISTRATE JUDGE

cc:    USPO Tanya Okun